UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SABRINA MARIE KENDALL,

          Petitioner,

v.

JANE PARNELL,

          Respondent.

CASE NO. 3:15-CV-05308-RBL-DWC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Petitioner has filed the current federal habeas action pursuant to 28 U.S.C. § 2254. Before the Court is Petitioner's Motion to Proceed *In Forma Pauperis*. Dkt. 4.

Petitioner's application demonstrates she is unable to afford the $5.00 filing fee. Petitioner's Motion is therefore GRANTED. The Clerk is directed to file Petitioner's Petition for Writ of Habeas Corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

Dated this 26th day of May, 2015.

David W. Christel
United States Magistrate Judge

ORDER - 1