**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

SABRINA MARIE KENDALL,

     Petitioner,

  v.

JANE PARNELL,

     Respondent.

NO. C15-5308-RBL-DWC

RESPONDENT'S SUBMISSION
OF RELEVANT STATE RECORD

Respondent Jane Parnell, by and through her attorneys, ROBERT W. FERGUSON, Attorney General, and PAUL D. WEISSER, Senior Counsel, hereby submits the relevant record of state-court proceedings in Petitioner's case, in accordance with Rule 5 of Rules Governing Section 2254 Cases in the United States District Courts.

Exhibit 1:   Judgment and Sentence, *State v. Kendall*, Spokane County Superior Court No. 03-1-02342-7

Exhibit 2:   Findings of Fact and Conclusions of Law Re: CrR 3.5, *State v. Kendall*, Spokane County Superior Court No. 03-1-02342-7

Exhibit 3:   Brief of Appellant, *State v. Kendall*, Washington Court of Appeals No. 23616-1-III

Exhibit 4:   Brief of Respondent, *State v. Kendall*, Washington Court of Appeals No. 23616-1-III

Exhibit 5:   Statement of Additional Grounds for Review, *State v. Kendall*, Washington Court of Appeals No. 23616-1-III

Exhibit 6:   Unpublished Opinion, *State v. Kendall*, Washington Court of Appeals No. 23616-1-III

RESPONDENT'S SUBMISSION OF
RELEVANT STATE RECORD
NO. C15-5308-RBL-DWC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1    Exhibit 7:    Petition for Review, *State v. Kendall*, Washington Supreme Court No. 79958-0

2    Exhibit 8:    Order [Denying Review], *State v. Kendall*, Washington Supreme Court No.
               79958-0
3
     Exhibit 9:    Mandate, *State v. Kendall*, Washington Court of Appeals No. 23616-1-III
4

5         Transcripts for the Spokane County Superior Court pretrial hearings on the CrR 3.5

6    motion (October 14-15, 2004), the trial (October 18-25, 2004), and the sentencing hearing

7    (November 19, 2004) are available but have not been submitted.

8         RESPECTFULLY SUBMITTED this 17th day of July, 2015.

9                                      ROBERT W. FERGUSON
                                       Attorney General
10

11
                                       s/ Paul D. Weisser
12                                     PAUL D. WEISSER, WSBA #17918
                                       Senior Counsel
13                                     PaulW@atg.wa.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

On the date below I caused to be electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United

States Postal Service the document to the following non CM/ECF participants:

SABRINA M KENDALL, DOC #729655
WASHINGTON CORRECTIONS CENTER FOR WOMEN
9601 BUJACICH ROAD NW
GIG HARBOR WA  98332

I declare under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.

EXECUTED this 17th day of July, 2015, at Olympia, Washington.

s/ Judy Lonborg
JUDY LONBORG
Legal Assistant

RESPONDENT'S SUBMISSION OF
RELEVANT STATE RECORD
NO. C15-5308-RBL-DWC

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445